Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 01, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DWIGHT NORWOOD JR.,<br><br>Defendant. | INDICTMENT<br>4:22-CR-6009-SMJ<br>Vio.: 21 U.S.C. § 841(a)(1),<br>    (b)(1)(B)(vi)<br>Possession with the Intent to Distribute 40 Grams or more of Fentanyl<br>(Count 1)<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(2)<br>Felon in Possession of a Firearm<br>(Count 2)<br><br>21 U.S.C. § 853, 18 U.S.C. § 924, 28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about February 24, 2022, in the Eastern District of Washington, the Defendant, DWIGHT NORWOOD JR., knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (aka Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

INDICTMENT – 1

## COUNT 2

On or about February 24, 2022, in the Eastern District of Washington, the Defendant, DWIGHT NORWOOD JR., knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Springfield XD .45 Caliber semi-auto pistol, bearing serial number XD633091, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in Count 1 of this Indictment, the Defendant, DWIGHT NORWOOD JR., shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s), and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense, including, but not limited to:

- a Springfield XD .45 Caliber semi-auto pistol, bearing serial number XD633091, loaded with 10 rounds of .45 caliber ammunition; and
- two rounds of .45 caliber ammunition.

If any forfeitable property, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

INDICTMENT – 2

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in Count 2 of this Indictment, the Defendant, DWIGHT NORWOOD JR., shall forfeit to the United States of America any firearms and/or ammunition involved or used in the commission of the offense, including, but not limited to:

- a Springfield XD .45 Caliber semi-auto pistol, bearing serial number XD633091, loaded with 10 rounds of .45 caliber ammunition; and
- two rounds of .45 caliber ammunition.

DATED: this __1__ day of March 2022.

_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Stephanie Van Marter_
Stephanie Van Marter
Assistant United States Attorney

INDICTMENT – 3